| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Professor of Law | American University Washington College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Maryland Judiciary - Pension Payments | $50,643.00 |
| 2. | 2014 | American University Washington College of Law - Teaching | $14,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Dept. of State | 3/17/14-3/21/14 | Guatemala City, Guatemala | Educational Seminars | Transportation, Meals, Hotel |
| 2. | Brazilian Consulate Gen. of Boston | 4/7/14-4/11/14 | Boston, MA | Educational Seminar | Transportation, Meals, Hotel |
| 3. | Levin College of Law - Univ. of Florida | 4/28/14-4/30/14 | Santa Marta, Colombia | Educational Seminar | Transportation, Meals, Hotel |
| 4. | Justitia e Cidadania Law Journal (Brazil) | 8/18/14-8/22/14 | Sao Paulo/Rio de Janeiro/ Brasilia, Brazil | Educational Seminars | Transportation, Meals, Hotel |
| 5. | Federal Regional Tribunal - 4th Region of Brazil | 9/9/14-9/12/14 | Porto Alegre, Brazil | Educational Seminar | Transportation, Meals, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. PJM/IRA (Wells Fargo) (same as #3 to #23) | D | Dividend | N | T | | | | | |
| 3. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | | | | | |
| 4. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 5. Kaufman Federated LG CP | A | Dividend | K | T | | | | | |
| 6. Royce Penn Mutual Fund | A | Dividend | K | T | | | | | |
| 7. Blackrock US Opp. Portfolio Fd | A | Dividend | K | T | Sold (part) | 02/24/14 | J | A | |
| 8. Blackrock Global Alloc. Fd | A | Dividend | K | T | | | | | |
| 9. Growth Fd of Am ClF2 | A | Dividend | K | T | | | | | |
| 10. Henderson Int Opp Fd C1 W | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Dev Growth Fd C1 F | A | Dividend | K | T | | | | | |
| 12. MFS Value Fd C1 A | A | Dividend | K | T | | | | | |
| 13. Oppenheimer Dev Mkts Fd C1 Y FDS | A | Dividend | J | T | | | | | |
| 14. Thornburg Inv Inc Bldr Fd C1 I | A | Dividend | K | T | | | | | |
| 15. Pimco Total Return Fd C1 P | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 16. Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | | | | | |
| 17. Invesco High Yield Y | A | Dividend | | | Sold | 04/18/13 | J | A | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Disc Val MDCP | A | Dividend | K | T | | | | | |
| 19. Loomis Sayles Strategic Inc Y | A | Dividend | K | T | Sold (part) | 05/15/14 | J | A | |
| 20. RS Global Natural Res A | A | Dividend | J | T | | | | | |
| 21. Unit AAM Corporate Navellier Dial High Income 58F | A | Interest | J | T | | | | | |
| 22. Capital One Bank, Chevy Chase, MD | A | Interest | N | T | | | | | |
| 23. Sun Trust Bank, Chevy Chase, MD | A | Interest | L | T | | | | | |
| 24. SM/IRA (Wells Fargo) (same as #25 to #29) | A | Dividend | K | T | | | | | |
| 25. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |
| 26. Pimco Total Return Fd | A | Dividend | J | T | Sold (part) | 04/30/14 | J | A | |
| 27. Fd Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 28. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 29. Royce Penn Mutual Fund | A | Dividend | J | T | Buy | 04/30/14 | J | | |
| 30. SM/PJM (Wells Fargo) (same as #31 to #52) | D | Dividend | N | T | | | | | |
| 31. Royce Penn. Mutual Fund | A | Dividend | J | T | | | | | |
| 32. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | | | | | |
| 33. RS Inv Tr Global Nat. Ren. (RSNYX) | A | Dividend | J | T | Buy | 02/23/12 | J | | See Part VIII |
| 34. Henderson Global Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Investment Co. of America, F2 | A | Dividend | K | T | | | | | |
| 36. Blackrock Global Alloc. Fd, Inc. | A | Dividend | K | T | | | | | |
| 37. Blackrock US Opp Ins | A | Dividend | J | T | | | | | |
| 38. Delaware Diversified, Income Fd C 1A | A | Dividend | K | T | | | | | |
| 39. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 40. American Growth Fund of Amer Class F2 | A | Dividend | K | T | | | | | See Part VIII |
| 41. American Inc Fd of Amer C1 F2 | A | Dividend | K | T | Sold (part) | 10/22/14 | J | A | See Part VIII |
| 42. Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 43. MFS Value I (ME11X) | A | Dividend | K | T | | | | | |
| 44. Pimco Total Return Fd C1 P | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 45. Invesco Eq & Inc Fd C1 Y | A | Dividend | K | T | | | | | |
| 46. Templeton Global Bond Fd | A | Dividend | J | T | | | | | |
| 47. Invesco High Yield Y | A | Dividend | K | T | | | | | |
| 48. John Hancock Disc Val Mid Cap Fd | A | Dividend | J | T | | | | | See Part VIII |
| 49. Loomis Sayles Strat Inc. Y | A | Dividend | K | T | | | | | |
| 50. Unit AAM Corporate Dial High Inc 58 | A | Interest | J | T | | | | | |
| 51. First Tr. Dorsey Wright Rel. | A | Interest | K | T | Buy | 04/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fd Eq. Fds Kaufmann Lge Cap Fd. C1 1 | A | Dividend | J | T | Buy | 12/30/14 | J | | See Part VIII |
| 53. [redacted] Rental Property | C | Rent | M | W | | | | | |
| 54. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | U | | | | | |
| 55. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |
| 56. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VII

#17  In my Report for CY 2013, Pimco was wrongfully reported as "Sold (part)" in 2013.  In fact, it was ALL sold on 4/8/13.

#33  This asset was erroneously omitted from previous reports (because it looks alot like #32).  It was bought on 2/23/12.

#40  The correct class of this Fund is "C1 F2" instead of C1 F1.

#41  The correct class of this Fund is "C1 F2" instead of C1 F1.

#48  This sets forth the correct name of this mutual fund, the name of which was erroneously reported previously.

#52  Transferred from Peter J. Messitte IRA account (system does not allow entry to this effect, so I have listed this asset as "Buy").

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544